

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00502-CV

**IN RE STALLION OILFIELD SERVICES, LTD.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  October 1, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On July 21, 2014, relator filed a petition for writ of mandamus complaining of the trial court's denial of a motion to abate the underlying proceeding in favor of a suit filed in another county. The court has considered relator's petition for writ of mandamus and the response filed on behalf of the real party in interest and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 13-11-52737-CV, styled *Jose Perez v. Stallion Oilfield Services Ltd. and Stallion Oilfield Services in its Common or Assumed Name*, pending in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.